PROB 12C
(4/07)

# UNITED STATES DISTRICT COURT

for

## District of Guam

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: **Segundo Pangelinan Sablan**  Case Number: **CR 92-00044-001**

Name of Sentencing Judicial Officer:  Alex R. Munson

Date of Original Sentence:  August 18, 1992

Original Offense:  Felon With a Firearm, in violation of 18 U.S.C. §§ 922(g) and 924(a)(2).

Original Sentence:  78 months imprisonment, to be followed by three years of supervised release. Supervised release conditions include: not to commit another federal, state, or local crime; not illegally possess a controlled substance; comply with the conditions of supervised release as set forth by the U.S. Probation Office; perform 300 hours of community service; and pay a $50 special assessment fee.

Type of Supervision:  Supervised Release   Date Supervision Commenced: August 9, 2007

Assistant U.S. Attorney:  Mark E. Kondas   Defense Attorney: Federal Public Defender

### PETITIONING THE COURT

☐ To issue a warrant
☒ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision, in violation of 18 U.S.C. § 3583(d).

| Violation Number | Nature of Noncompliance |
|---|---|
| Mandatory Condition #1 | The defendant failed to refrain from committing another federal, state, or local crime. |
| Standard Condition #1 | The defendant failed to notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer. |

Prob 12C
(04/07)

U.S. Probation Officer Recommendation:

☐ The term of supervision should be

    ☐ revoked.

    ☐ extended for _____ years, for a total _____ years.

☒ The conditions of supervision should be modified as follows:

**1.**     **The defendant shall refrain from the use of any and all alcoholic beverages.**

**2.**     **The defendant shall undergo a mental health assessment to determine if mental health treatment is necessary. If deemed necessary, he is to participate in a mental health program as directed by the U.S. Probation Office and shall make a payment for the program at a rate to be determined by the U.S. Probation Office.**

*See attached Declaration in Support of Petition,*
*Re: Violations of Supervised Release Conditions; Request for a Summons*
*submitted by USPO Judy Anne L. Ocampo*

Reviewed by:

I declare under penalty of perjury that the foregoing is true and correct.

/s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
Supervision Unit Leader

/s/ JUDY ANNE L. OCAMPO
U.S. Probation Officer

Date: February 8, 2008

Executed on: February 8, 2008

THE COURT ORDERS:

☐ No action.

☐ The issuance of a warrant.

☐ The issuance of a summons.

☐ Other