# VIOLATION WORKSHEET

1. Defendant  **Segundo Pangelinan Sablan**

2. Docket Number (Year-Sequence-Defendant No.)  **CR 92-00044-001**

3. District/Office  0993/1

4. Original Sentence Date  08 / 18 / 1992
    month  day  year

(If different than above):

5. Original District/Office

6. Original Docket Number (Year-Sequence-Defendant No.)

7. List each violation and determine the applicable grade (see §7B1.1(b))

| Violation(s) | Grade |
|---|---|
| Failure to refrain from committing another federal, state or local crime. | C |
| Failure to notify the Probation Officer of being arrested or questioned by a law enforcement officer. | C |

8. Most Serious Grade of Violation (see §7B1.1(b))  **C**

9. Criminal History Category (see §7B1.4(a))  **VI**

10. Range of Imprisonment (see §7B1.4(a))  **8 to 14** months

11. Sentencing Options for Grade B and C Violations Only (Check the appropriate box):

[ ] (a) If the minimum term of imprisonment determined under §7B1.4 (Term of Imprisonment) is at least one month but not more than six months, §7B1.3(c)(1) provides sentencing options to imprisonment.

[X] (b) If the minimum term of imprisonment determined under §7B1.4 (Term of Imprisonment) is more than six months but not more than ten months, §7B1.3(c)(2) provides sentencing options to imprisonment.

[ ] (c) If the minimum term of imprisonment determined under §7B1.4 (Term of Imprisonment) is more than ten months, no sentencing options to imprisonment are available.

**Mail documents to: United States Sentencing Commission, One Columbus Circle, N.E. Suite 2-500 Washington, D.C. 20002-8002 Attn: Document Control, Office of Monitoring**  *02/2003*

Defendant: **Segundo Pangelinan Sablan**

12. **Unsatisfied Conditions of Original Sentence**

    List any restitution, fine, community confinement, home detention, or intermittent confinement previously imposed in connection with the sentence for which revocation is ordered that remains unpaid or unserved at the time of revocation (see §7B1.3(d)):

    | | | | |
    |---|---|---|---|
    | Restitution ($) | N/A | Community Confinement | N/A |
    | Fine ($) | N/A | Home Detention | N/A |
    | Other | 300 hrs community service | Intermittent Confinement | N/A |

13. **Supervised Release**

    If probation is to be revoked, determine the length, if any, of the term of supervised release according to the provisions of §§5D1.1-1.3 (see §§7B1.3(g)(1)).

    Term: N/A to N/A years.

    If supervised release is revoked and the term of imprisonment imposed is less than the maximum term of imprisonment imposable upon revocation, the defendant may, to the extent permitted by law, be ordered to recommence supervised release upon release from imprisonment (see 18 U.S.C. §3583(e) and §7B1.3(g)(2)).

    Period of supervised release to be served following release from imprisonment: 22- 28 months

14. **Departure**

    List aggravating and mitigating factors that may warrant a sentence outside the applicable range of imprisonment:

15. **Official Detention Adjustment** (see §7B1.3(e)): 0 months _____ days

**Mail documents to: United States Sentencing Commission, One Columbus Circle, N.E. Suite 2-500 Washington, D.C. 20002-8002 Attn: Document Control, Office of Monitoring** *02/2003*