# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 92-00044-001 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **DECLARATION IN SUPPORT OF PETITION** |
| vs. | ) | |
| | ) | |
| SEGUNDO PANGELINAN SABLAN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**Re:** Violations of Supervised Release Conditions; Request for a Summons

I, U.S. Probation Officer Judy Anne L. Ocampo, am the U.S. Probation Officer assigned to supervise the Court ordered conditions of supervised release for Segundo Pangelinan Sablan, and in that capacity declare as follows:

On August 18, 1992, Segundo P. Sablan was sentenced by Designated Judge Alex R. Munson, Jr. to 78 months imprisonment and three years of supervised release for Felon With a Firearm, in violation of 18 U.S.C. §§922(g) and 924(a)(2). He commenced his supervised release term on August 9, 2007.

Mr. Sablan is alleged to have violated the following conditions:

**Mandatory Condition #1:** *The defendant shall not commit another federal, state, or local crime.*

DECLARATION IN SUPPORT OF PETITION
Violations of Supervised Release Conditions; Request for a Summons
Re: SABLAN, Segundo Pangelinan
Criminal Case No. 92-00044-001
February 8, 2008
Page 2

On January 14, 2008, Mr. Sablan was arrested for Family Violence, Criminal Trespass, Public Intoxication, and Disorderly Conduct. He was booked and confined. According to the police report, case #2008-1379, Guam Police Officers were called to respond to a disturbance in Talofofo, where they were met by Quintina Cruz. Ms. Cruz related that she had been in an intimate relationship with Segundo Paul Sablan. She informed the officer that Mr. Sablan had been drinking earlier in the evening and then he became upset. Ms. Cruz related that she was unsure why Mr. Sablan was upset and stated that he suddenly became irate and started shouting at her. She indicated that she told Mr. Sablan to leave her residence, however, he refused and continued to yell at her and she feared for her safety. It is noted that the police officers responded to a call from Ms. Cruz earlier that evening when the officers had to retrieve a Quest Card from Mr. Sablan, belonging to Ms. Cruz. The couple was advised by the officers to avoid any communication until they came to terms with their issues. Both Ms. Cruz and Mr. Sablan agreed.

On January 15, 2008, a Magistrate's Complaint was filed in the Superior Court of Guam under Criminal Case Number CCM33-08, which charged Mr. Sablan with Family Violence, as a misdemeanor. Mr. Sablan appeared before Judge Steven S. Unpingco for an Arraignment Hearing, and was released on a $2,000 personal recognizance bond. Mr. Sablan is being supervised by Probation Officer Vincent Duenas and is required to check in once a week. Mr. Sablan's next scheduled hearing is on January 30, 2008.

**Standard Condition #1:** *The defendant shall notify the Probation Officer within seventy-two hours of being arrested or questioned by a law enforcement officer.*

Mr. Sablan did not notified this Officer of his arrest. On February 7, 2008, a home visit was conducted on February 7, 2008. According to his neighbor, Chris San Nicolas, Mr. Sablan has not returned since his arrest on January 14, 2008. He related that Mr. Sablan was in custody at the Department of Corrections. A call was made to Parole Officer Mark Fleming, who advised that Mr. Sablan was taken into custody after his release from Superior Court of Guam on a parole detainer. Mr. Fleming related that Mr. Sablan violated his parole conditions with the January 14, 2008 arrest. Mr. Sablan is scheduled to appear for a Preliminary Parole Violation Hearing on February 28, 2008.

DECLARATION IN SUPPORT OF PETITION
Violations of Supervised Release Conditions; Request for a Summons
Re:    SABLAN, Segundo Pangelinan
Criminal Case No. 92-00044-001
February 8, 2008
Page 3

**Supervision Compliance:** Mr. Sablan paid his $50 special assessment fee on July 12, 1993.  He has not begun his community service as he suffers from several medical conditions.  Mr. Sablan submits his monthly reports in a timely manner.

**Recommendation:**   This probation officer respectfully requests the Court to issue a Summons for Mr. Sablan and upon its execution, that he be brought to appear for a hearing to answer or show cause why supervised release should not be revoked, pursuant to Title 18, U.S.C. § 3583.

Executed this 8th day of February 2008, at Hagatna, Guam, in conformance with the provisions of 28 U.S.C. § 1746.

I declare, under penalty of perjury, that the foregoing is true and correct, except those matters stated upon information and belief, and as to those matters, I believe them to be true.

Respectfully submitted,

ROSSANNA VILLAGOMEZ-AGUON
Chief U.S. Probation Officer

By: 
/s/ JUDY ANNE L. OCAMPO
U.S. Probation Officer

Reviewed by:

/s/ CARMEN D. O'MALLAN
  U.S. Probation Officer Specialist
  Supervision Unit Leader

cc:    AUSA
       Federal Public Defender
       File