Sablan_Motion_Writ

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Facsimile: (671) 472-7334

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> SEGUNDO PANGELINAN SABLAN, ) <br> ) <br> Defendant. ) <br> ) | CRIMINAL CASE NO. 92-00044 <br><br> **MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM** |

    The United States of America, by and through undersigned counsel, hereby moves this Honorable Court for an order for a Writ of Habeas Corpus Ad Prosequendum. The defendant, SEGUNDO PANGELINAN SABLAN, is now in the custody of the Territorial Detention Center and that said prisoner is required to appear before this Court on August 28, 2008, at 9:00 a.m. for his initial appearance in the United States District Court of Guam and whenever necessary hereafter to attend court appearances in the above-entitled case, and upon completion of said

//

//

//

-1-

prosecution and/or court appearances and/or upon further order of the Court, said prisoner should be returned to his place of confinement.

Dated this 21st day of August, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ Marivic P. David
MARIVIC P. DAVID
Assistant U.S. Attorney