Sablan_Writ

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Facsimile: (671) 472-7334

Attorneys for the United States of America

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 92-00044 |
| Plaintiff, | |
| vs. | **WRIT OF HABEAS CORPUS AD PROSEQUENDUM** |
| SEGUNDO PANGELINAN SABLAN, | |
| Defendant. | |

TO: OFFICER IN CHARGE
Territorial Detention Center
Territory of Guam

This Court finds that SEGUNDO PANGELINAN SABLAN is now in the custody of the Territorial Detention Center, and that said prisoner is required to appear before this Court on August 28, 2008, at 9:00 a.m. for an initial appearance in the District Court of Guam.

**IT IS HEREBY ORDERED** that the Officer in Charge of the Territorial Detention Center or his authorized agent, or any Federal law enforcement agent shall produce SEGUNDO PANGELINAN SABLAN before this Court on August 28, 2008, at 9:00 a.m., and whenever necessary hereafter to attend court appearances in the above-entitled case and upon completion of said prosecution and/or Court appearances and/or upon further order of the Court, return said prisoner to his place of confinement.

**/s/ Joaquin V.E. Manibusan, Jr.**
   **U.S. Magistrate Judge**
**Dated: Aug 21, 2008**