AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

| UNITED STATES OF AMERICA<br>V.<br><br>**SEGUNDO PANGELINAN SABLAN** | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number:    CR-92-00044-001 |
|---|---|

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>**District Court of Guam**<br>**3rd Floor, U.S. Courthouse**<br>**520 West Soledad Avenue**<br>Before:    **HONORABLE JOAQUIN V. E. MANIBUSAN, JR.** | Room<br>**302** |
|---|---|
| | Date and Time<br>**Thursday, August 28, 2008 at 9:00 a.m.** |

To answer a(n)
☐ Indictment    ☐ Information    ☐ Complaint    ☐ Probation Violation Petition    **X** Supervised Release Violation Petition    ☐ Violation Notice

Charging you with a violation of Title    **18**    United States Code, Section(s)    **3583(d)**

Brief description of offense:

See Petition for Warrant or Summons for Offender Under Supervision, filed separately February 8, 2008

RECEIVED
2008
US MARSHALS SERVICE-GUAM

FILED
DISTRICT COURT OF GUAM
AUG 28 2008
JEANNE G. QUINATA
Clerk of Court

**WALTER M. TENORIO; Deputy Clerk**
Name and Title of Issuing Officer        Signature of Issuing Officer

**August 18, 2008**
Date

**ORIGINAL**

# RETURN OF SERVICE

Service was made by me on:[1]  Date  8/28/08

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at: USMS Cellblock Gum

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  8/28/08
         Date

R. Umgun
Name of United States Marshal

(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.