# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# REVOCATION

CASE NO.: CR-92-00044-001  DATE: August 28, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Geraldine Cepeda  Court Recorder: Francine A. Diaz
Courtroom Deputy: Francine A. Diaz  Electronically Recorded: 9:04:10-9:05:19

**APPEARANCES:**
Defendant: Segundo Pangelinan Sablan  Attorney: John Gorman
☑ Present ☑ Custody ☐ Bond ☐ P.R.  ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Marivic P. David  U.S. Agent:
U.S. Probation: Judy Ocampo
Interpreter:  Language:

**PROCEEDINGS: Initial Appearance re Petition for Modification of Supervised Release Conditions**
- Defendant has no objection to the modification request.
- Court to issue its Report and Recommendations for the adoption of the requested modification.

NOTES: