# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>**SEGUNDO PANGELINAN SABLAN,**<br><br>　　　　　Defendant. | CRIMINAL CASE NO. 92-00044-001<br><br><br>**APPOINTMENT ORDER** |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER,** is appointed to represent the defendant in the above-entitled case.

Dated this 28th day of August, 2008, nunc pro tunc to August 19, 2008.

　　　　　　　　　　　　　　　　　　　　　**/s/ Joaquin V.E. Manibusan, Jr.**
　　　　　　　　　　　　　　　　　　　　　　　　**U.S. Magistrate Judge**