IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> SEGUNDO PANGELINAN SABLAN, <br> Defendant. | CRIMINAL CASE NO. 92-00044 <br><br> **REPORT & RECOMMENDATION CONCERNING VIOLATIONS OF SUPERVISED RELEASE CONDITIONS IN A FELONY CASE** |

On February 8, 2008, the United States Probation Office filed a Petition and supporting declaration alleging that Defendant Segundo Pangelinan Sablan had violated his conditions of supervised release. *See* Docket No. 13. According to the Petition and declaration, Defendant was arrested for Family Violence, Criminal Trespass, Public Intoxication and Disorderly Conduct on January 14, 2008. On January 15, 2008, a Magistrate's Complaint was filed in the Superior Court of Guam charging Defendant with one count of Family Violence as Misdemeanor. Defendant did not notify his probation officer of the arrest or charge. Furthermore, as a result of the January 14, 2008 arrest and subsequent charge, Defendant was scheduled to appear at the Superior Court of Guam for a Preliminary Parole Violation hearing.

On August 28, 2008, Defendant appeared with counsel before the Court and knowingly and voluntarily waived his right to an evidentiary hearing and admitted to the above violation as alleged in the Petition and supporting declaration. The parties agreed that an appropriate sanction for the violation would be that: (1) Defendant refrain from use of any and all alcoholic beverages; and (2) Defendant undergo a mental health assessment to determine if mental health

treatment is necessary and if so, he is to participate in a mental health program as directed by the U.S. Probation Office and shall make a payment for the program at a rate to be determined by the U.S. Probation Office.

Therefore, I hereby recommend that the District Judge accept the Defendant's admissions and impose the sanction agreed upon by the parties. No further disposition hearing need be scheduled unless deemed necessary by the District Judge.



/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Sep 04, 2008

**NOTICE**

**Failure to file written objections to this Report within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).**